1  Denise Bourgeois Haley
   Attorney at Law: 143709
2  Law Offices of Lawrence D. Rohlfing
   12631 E. Imperial Highway, Suite C-115
3  Santa Fe Springs, California 90670
   Tel.: (562) 868-5886
4  Fax: (562) 868-5491
   E-mail: rohlfing_office@msn.com
5
   Attorneys for Plaintiff
6

7

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10

11  ROSA URIARTE,                      ) Case No.: CV 07-3558 PLA
                                       )
12          Plaintiff,                 ) [PROPOSED] ORDER AWARDING
                                       ) EQUAL ACCESS TO JUSTICE ACT
13      vs.                            ) ATTORNEY FEES PURSUANT TO
                                       ) 28 U.S.C. § 2412(d)
14  MICHAEL J. ASTRUE,                 )
    Commissioner of Social Security,   )
15                                     )
            Defendant.                 )
16  _____)

17      Based upon the parties' Stipulation for the Award and Payment of Equal

18  Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

19  Denise Bourgeois Haley, as Plaintiff's assignee and subject to the reservation of

20  rights, the amount of three thousand nine hundred dollars and no cents ($3,900.00),

21  as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced

22  Stipulation.

23  DATE: 7/9/08

24                              _____

25                              UNITED STATES MAGISTRATE JUDGE

26